IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SAM KELLEY,                        )
                                   )
              Plaintiff,           )          8:08CV434
                                   )
      v.                           )
                                   )
COUNTY OF SARPY, NEBRASKA,         )          ORDER
and JEFF DAVIS, in individual      )
and official capacities,           )
                                   )
              Defendants.          )
_____)
```

This matter is before the Court on plaintiff's motion for extension of deadline to file brief in opposition to defendants' motion for summary judgment (Filing No. 30). The Court notes defendants have no objection to the motion and finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until May 22, 2009, to file a brief in opposition to defendants' motion for summary judgment.

DATED this 18th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court