IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAM KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV434 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF SARPY, NEBRASKA, | ) | ORDER |
| and JEFF DAVIS, in individual | ) | |
| and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's unopposed motion to dismiss without prejudice (Filing No. 32). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; this action is dismissed without prejudice.

DATED this 27th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court